IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE MONTENEGRO-VIRREY,<br><br>Defendant. | CR 24–29–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Rene Montenegro-Virrey's Unopposed Motion for Extension of Time and for Deadline to File Pretrial Proffer Asserting Duress Defense. (Doc. 18.) Through the Motion, Defendant requests a deadline of October 31, 2024, to prepare and file his offer of proof to support a duress defense. (*Id.* at 2.) The United States does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the Motion (Doc. 18) is GRANTED. Defendant may file a pretrial offer of proof on or before October 31, 2024.

DATED this 22nd day of October, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1